UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GRACE DUNBAR, L.C. by and through his mother ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRIANGLE CHARTER EDUCATION ) <br> ASSOCIATION, INC., and CHARTER ) <br> SCHOOLS USA AT CARY, LLC ) <br> Defendants. ) | **JUDGMENT** <br> No. 5:24-CV-66-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 19, 2024, and for the reasons set forth more specifically therein, it is ordered that defendants' motion to dismiss is GRANTED.

**This judgment Filed and Entered on July 19, 2024, and Copies To:**
Neubia L. Harris (via CM/ECF Notice of Electronic Filing)
Elizabeth Carson Lane / Tory Ian Summey (via CM/ECF Notice of Electronic Filing)


July 19, 2024                    PETER A. MOORE, JR., CLERK

                                   /s/Sandra K. Collins
                                 (By)Sandra K. Collins, Deputy Clerk